IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 01-30010

Summary Calendar
_____

PERRY JACKSON ET AL.,

                                        Plaintiffs,

PERRY JACKSON,

                                        Plaintiff-Appellant,

                         versus

CHARLES C. FOTI, JR.; WARDEN BARONI;
CORPORAL JOSEPH; PAUL LANDRY; DEPUTY KENDRICK,

                                        Defendants-Appellees.

_____

Appeal from the United States District Court
For the Eastern District of Louisiana
USDC No. 00-CV-792-T
_____

June 29, 2001

Before HIGGINBOTHAM, WIENER, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Perry Jackson, Louisiana prisoner # 106488, appeals the district court's dismissal of his claim that defendants had established an inadequate inmate administrative remedy procedure and did not respond appropriately to his complaint that the

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Louisiana Department of Corrections had miscalculated his sentence. The court found Jackson's claim to be frivolous and dismissed it with prejudice.[1]

Upon review of the record, briefs, and applicable law, we discern no reversible error in the district court's judgment of dismissal. Accordingly, we AFFIRM for essentially the same reasons articulated by the district court.[2]

AFFIRMED.

---

[1] *See* 28 U.S.C. § 1915(e)(2)(B)(i) (2001); 42 U.S.C. § 1997e(c)(1) (2001).

[2] *See Jackson v. Foti*, No. 00-CV-792-T (E.D. La. Dec. 13, 2000).